IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN JAMAL ELDER,<br><br>　　　　　Defendant. | CASE NO. 2:18-MJ-0056-DB<br><br>ORDER DISMISSING CRIMINAL COMPLAINT<br><br>DATE: April 12, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

**ORDER**

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Criminal Complaint against Colin Jamal ELDER is dismissed without prejudice. The United States Marshal shall release the defendant forthwith.

Dated: April 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn K. Delaney*
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE